```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

JASON P. BROWN,                    :
                                   :  Civil Action No. 08-6385 (JBS)
          Plaintiff,               :
                                   :
                                   :
     v.                            :   **ORDER**
                                   :
R. KERR, et al.                    :
                                   :
          Defendants.              :

For the reasons expressed in the Court's Opinion filed herewith,

It is on this **1st** day of **July**, **2009**,

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the United States Attorney for the District of New Jersey and on the Warden at FCI Fairton; and it is further

ORDERED that plaintiff is assessed a filing fee of $350.00 which shall be deducted from plaintiff's prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to

the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

    ORDERED that plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety, for failure to state a claim upon which relief may be granted at this time, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          United States District Judge